UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JODY D. TERWILLIGER, ) ) Plaintiff, ) ) vs. ) ) CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) ) Defendant. ) | Case No. 2:14 CV 18 CDP |

## MEMORANDUM AND ORDER

Plaintiff Jody D. Terwilliger filed this case on February 12, 2014, appealing the denial of her application for supplemental security income benefits. On March 31, 2015, after briefing from both parties, I reversed and remanded the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Terwilliger now seeks attorney's fees in the amount of $3232.87, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant has no objection to the payment of the amount requested. Because Terwilliger prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find that she is entitled to an award in the amount requested.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#26] is **GRANTED**.  Defendant shall pay plaintiff $3232.87 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2015.